**Steven J. TAYLOR, Plaintiff–Appellant,**

v.

**RITZ CAMERA CENTERS, INCORPORATED, Defendant–Appellee.**

No. 01–1598.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Steven J. Taylor, pro se. Harriet Ellen Cooperman, Saul Ewing, L.L.P., Baltimore, MD, for appellee.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Steven J. Taylor appeals from the district court's order granting summary judgment in favor of Ritz Camera Centers in his action in which he asserted claims of employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Taylor v. Ritz Camera Ctrs,* No. CA–99–3226 WMN (D. Md. filed Mar. 29, 2001; entered Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*